# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 30, 2020

## NO. 03-19-00430-CV

**Gerald McMillan, Appellant**

**v.**

**Little City Investments, LLC, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the district court on March 28, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the district court's judgment finding that the fifth notice of lis pendens constituted a fraudulent lien and awarding Little City damages under section 12.002 of the Civil Practice and Remedies Code and renders judgment that Little City take nothing on its claim for a fraudulent lien. The district court's judgment is otherwise affirmed. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.